**SUPREME COURT OF NEW JERSEY**
**D-78 September Term 2024**
**090413**

| | |
|---|---|
| **In the Matter of** : | |
| **Chong S. Kim** : | **O R D E R** |
| **An Attorney at Law** : | |
| **(Attorney No. 004771997)** : | |

The Disciplinary Review Board having filed with the Court its decision in DRB 24-204, recommending on the basis of a disciplinary stipulation that **Chong S. Kim** of **Hackensack**, who was admitted to the bar of this State in 1997, should be reprimanded for violating RPC 1.15(d) (failing to comply with the recordkeeping requirements of Rule 1:21-6) and RPC 8.1(b) (failing to cooperate with disciplinary authorities); and

The Disciplinary Review Board having further recommended that respondent be required to (1) within sixty days of the Court's order, attend a course in trust and business accounting approved by the Office of Attorney Ethics and submit proof to the Office of Attorney Ethics that respondent's records have been brought into compliance with Rule 1:21-6, and (2) submit

1

to the Office of Attorney Ethics, on a quarterly basis, monthly reconciliations of respondent's attorney accounts, for a period of two years, and until further order of the Court;

And good cause appearing;

It is ORDERED that **Chong S. Kim** is hereby reprimanded; and it is further

ORDERED that respondent shall, within sixty days, attend a course in trust and business accounting approved by the Office of Attorney Ethics and submit proof to the Office of Attorney Ethics that respondent's records are in compliance with Rule 1:21-6; and it is further

ORDERED that respondent shall submit to the Office of Attorney Ethics, on a quarterly basis, monthly reconciliations of respondent's attorney accounts, for two years; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in

2

FILED, Clerk of the Supreme Court, 15 May 2025, **090413**

the prosecution of this matter, as provided in <u>Rule</u> 1:20-17.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 13th day of May, 2025.

*Heather J Baker*

**CLERK OF THE SUPREME COURT**